In the Matter of the Claim of ELIZABETH VAUGHN, Respondent, against CLARK KNITTING COMPANY, INC., et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Vaughn* v. *Clark Knitting Co., Inc.*, 186 App. Div. 925, affirmed.
(Argued January 7, 1919; decided April 8, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

November 19, 1918, affirming an award of the state industrial commission made under the Workmen's Compensation Law. The award included an allowance for facial disfigurement as permitted by subdivision 3 of section 15 of said statute. Defendant contended that the statute is unconstitutional in that it assesses damages without the right of a trial by jury in addition to providing compensation for disability; that it is contrary to the Constitution of the United States and to the Constitution of the state of New York in that it takes property without due process of law, and that the Compensation Law of the state of New York being a compulsory act, compensation cannot be awarded for disability and additional compensation for damages for disfigurement in violation of the Constitution of the United States and the Constitution of the state of New York.

*William H. Foster* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs, on authority of *Matter of Sweeting* v. *American Knife Co.* (226 N. Y. 199).

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ. CHASE and HOGAN, JJ., vote to remit to Industrial Commission for further hearing.